## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

_____

ETHEL ANDERSON, WANDA
MEADOWS, JACQUELINE
LUONGO, JENNIFER JOHNSON,          Case No.: 5:24-cv-00089-WFJ-PRL
and VIRGINIA CROWLEY,

        Plaintiffs,

v.

CENTURION OF FLORIDA, LLC, an
out-of-state corporation registered and
doing business in Florida; and
ADER BENOIT, in his individual
capacity,

        Defendants.

_____

### PLAINTIFFS' UNOPPOSED MOTION FOR ONE-WEEK EXTENSION FOR REPLY TO CENTURION'S RESPONSE TO PLAINTIFFS' SECOND MOTION TO COMPEL (Doc. 82)

Plaintiffs, by and through undersigned counsel, hereby respectfully move for a one-week extension until August 11, 2025, to reply to Defendant Centurion of Florida LLC's Response to Plaintiffs' Second Motion to Compel (Doc. 82) and in support state the following good cause for this brief extension.

1.     On July 20, 2025, Plaintiffs filed a Second Motion to Compel Discovery from Defendant Centurion of Florida (Motion). (Doc. 76.) Centurion filed its response in opposition on August 4, 2025. (Doc. 82.) Under the Court

practices for The Honorable William Jung, Plaintiffs' reply is due on August 11, 2025.

2.     One of the issues in Plaintiffs' Motion regarding Centurion's responses to insurance coverage related questions is resolved, but the other two issues related to ESI and Centurion's assertion of attorney-client privilege for oral and written communications about Centurion's decision-making to suspend and terminate Defendant Ader Benoit remain in dispute.

3.     The parties have worked diligently and cooperatively during the last month of discovery, including taking multiple depositions during the last three weeks. Plaintiffs counsel are facilitating the review of deposition transcripts for the five Plaintiffs, three of whom are incarcerated. The Florida Department of Corrections (FDC) is in the process of shifting to a new system of legal mail delivery as of August 5, 2025, but does not yet have the online process available for counsel to register to send legal mail into FDC correctional institutions, thereby causing a delay in written privileged legal mail communications.

4.     In addition, Plaintiffs counsel are also preparing for mediation of this matter on August 22, 2025. Plaintiffs' lead counsel also has a pre-paid vacation planned during the week of August 11, 2025.

5.     Defendants consent to this extension.

6.     This brief extension will not affect any other deadline in this case.

This motion is made in good faith and is not made for purposes of undue delay.

WHEREFORE, Plaintiffs respectfully request a one-week extension until August 11, 2025, to file their reply to Centurion's Response to Plaintiffs' Second Motion to Compel (Doc. 82).

<strong><u>Local Rule 3.01(g) Certification</u></strong>

Undersigned counsel has conferred with counsel for all Defendants, who agree to the relief sought herein.

Dated: August 6, 2025                    Respectfully submitted,

By:    /s/ Andrea Costello
Andrea Costello
Fla. Bar No. 0532991
Samantha Shaw
Fla. Bar No. 109768
Florida Legal Services
P.O. Box 533986
Orlando, FL 32853
Telephone: (407) 801-0332 (direct)
Fax: (407) 505-7327
andrea@floridalegal.org
samantha.shaw@floridalegal.org

Dante P. Trevisani
Fla. Bar No. 72912
Erica Selig Downs
Florida Bar No. 120581
Florida Justice Institute, Inc.
40 N.W. 3rd Street, Suite 200
Miami, FL 33128
Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
edowns@fji.law

**Attorneys for Plaintiffs**