UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ETHEL ANDERSON, WANDA
MEADOWS, JACQUELINE
LUONGO, JENNIFER JOHNSON,
AND VIRGINIA CROWLEY,

    PLAINTIFFS,

v.                                     Case No. 5:24-CV-00089-WFJ-PRL

CENTURION OF FLORIDA, LLC, AN
OUT-OF-STATE CORPORATION REGISTERED AND
DOING BUSINESS IN FLORIDA; AND
ADER BENOIT, IN HIS INDIVIDUAL
CAPACITY,

    DEFENDANTS

---

## Mediation Report

The parties held a mediation conference on August 22, 2025, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☒    lead counsel

☒    the parties or a party's surrogate satisfactory to the mediator

☐    any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____
_____
_____
_____
_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

- ☐ The parties completely settled the case.
- ☐ The parties partially settled the case. The following issues remain:

  _____
  _____
  _____
  _____

- ☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.
- ☒ The parties have reached an impasse.

Done this 25th day of August, 2025, in Hillsborough County, Florida.

*[signature]*

Robert M. Stoler, Esquire
FBN.: 816256
STOLER RUSSELL KEENER VERONA
201 N. Franklin Street, Suite 3100
Tampa, FL 33602
TEL: (813) 609-3200
rstoler@stolerrussell.com