**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ETHEL ANDERSON, WANDA
MEADOWS, JACQUELINE
LUONGO, JENNIFER JOHNSON
and VIRGINIA CROWLEY,

    Plaintiffs,

v.

                                 **CASE NO.:**  5:24-CV-00089-WFJ-PRL

CENTURION OF FLORIDA, LLC, an
out-of- state corporation registered and
doing business in Florida; and ADER
BENOIT, in his individual capacity,

    Defendants.
_____/

## DEFENDANT'S PARTIALLY UNOPPOSED
## MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendant, Centurion of Florida, LLC, by and through undersigned counsel, respectfully requests leave to file a summary judgment brief of not more than 45 pages. Defendant believes good cause exists to enlarge the page limitation for the following reasons:

Plaintiffs have asserted claims against Centurion for purported deliberate indifference. The parties have engaged in extensive discovery, including the production of over 75,000 documents and completion of the

depositions of 4 Centurion providers, Centurion's corporate representative, Plaintiffs' expert, and all 5 Plaintiffs. In order to present a complete and thorough overview of the allegations in this claim and the evidence in support its Motion, Defendant requires at least 30 pages to address the factual record supporting the Motion for Summary Judgment. Defendant then requires the remaining pages to address the legal arguments for granting summary judgment in favor of Centurion.

Summary judgment is a significant aspect of any litigation when the facts and law align such that disposition of a claim is proper. Defendant has drafted their summary judgment brief and believe that the requested additional pages will greatly assist the Court in performing the required analysis. Defendant therefore requests leave to file a summary judgment brief of not more than 45 pages.

## Local Rule 3.01(g) Certification

Undersigned counsel has conferred with counsel for Plaintiffs and counsel for Co-Defendant. Counsel for Co–Defendant advised they do not oppose this Motion or the requested relief herein, however, counsel for Plaintiff opposed the Motion to the extent the motion seeks to exceed more than 10 pages in excess of the 25-page limit.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notification of filing to counsel of record.

                                            /s/ *Rachel E. Eilers*
Ethen R. Shapiro (FBN 669881)
Ethen.Shapiro@hwhlaw.com
Rachel E. Eilers (FBN 1019587)
Rachel.Eilers@hwhlaw.com
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 – facsimile
*Attorneys for Defendant, Centurion of Florida, LLC*