# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

_____

ETHEL ANDERSON, WANDA
MEADOWS, JACQUELINE
LUONGO, JENNIFER JOHNSON,          Case No.: 5:24-cv-00089-WFJ-PRL
and VIRGINIA CROWLEY,

        Plaintiffs,

v.

CENTURION OF FLORIDA, LLC, an
out-of-state corporation registered and
doing business in Florida; and
ADER BENOIT, in his individual
capacity,

        Defendants.

_____

## JOINT MOTION FOR CLARIFICATION AND TWO-WEEK EXTENSION OF *DAUBERT* MOTION DEADLINE

The parties, by and through undersigned counsel, hereby respectfully jointly move for a two-week extension of the deadline for filing *Daubert* motions in this matter until September 19, 2025, or, alternatively for clarification by the Court that Daubert motions are due with motions *in limine* on January 5, 2026. In support, the parties state as follows:

The parties' Joint Case Management Report proposed that the *Daubert* motion deadline in this matter be on the same date for filing dispositive motions.

(Doc. 21 at 2.) The Court's Case Management and Scheduling Order (Scheduling Order), however, did not list a deadline for *Daubert* motions. (Doc. 22.) Since the Court's initial Scheduling Order (Doc. 22), the Scheduling Order for pre-trial deadlines has been amended twice. (Docs. 45, 65.) In the last amended Scheduling Order, the Court set the dispositive motions deadline as September 5, 2025. (Doc. 65.)

Upon reviewing the Court's amended Scheduling Orders, the parties are unclear if the Court intended the *Daubert* motion deadline to be the same date as dispositive motions or on the deadline for motions *in limine*. If the Court intended the deadline for the parties to file *Daubert* motions to be on September 5, 2025, the parties respectfully request that the Court grant a two-week extension until September 19, 2025, for such filings. If the Court intended to direct the parties to file any *Daubert* motions on the date when motions *in limine* are due on January 5, 2026,[1] the parties respectfully request such clarification.

If granted, a two-week extension of the *Daubert* motion deadline until September 19, 2025, will not affect any other deadlines in this case. This motion is made in good faith and is not made for purposes of undue delay.

WHEREFORE, the parties respectfully request either a two-week extension

---

[1] According to the parties' Joint Case Management Report (Doc. 21), the deadline for motions *in limine* is the same for filing the joint pretrial statement, proposed jury instructions, and verdict form which are currently due on January 5, 2026. *See* Doc. 66.

of the *Daubert* motion filing deadline until September 19, 2025, or (2) for the

Court to clarify that Daubert motions are due with any motions *in limine* on

January 5, 2026.

Dated: September 4, 2025                    Respectfully submitted,

By:      */s/ Dante P. Trevisani*_____
         Dante P. Trevisani
         Fla. Bar No. 72912
         Erica Selig Downs
         Florida Bar No. 120581
         Florida Justice Institute, Inc.
         40 N.W. 3rd Street, Suite 200
         Miami, FL 33128
         Telephone: (305) 358-2081
         dtrevisani@fji.law
         edowns@fji.law
         **Attorneys for Plaintiffs**

         Andrea Costello
         Fla. Bar No. 0532991
         Samantha Shaw
         Fla. Bar No. 109768
         Florida Legal Services
         PO Box 533986
         Orlando, FL 32853
         Telephone: (407) 801-0332 (direct)
         Fax: (407) 505-7327
         andrea@floridalegal.org
         samantha.shaw@floridalegal.org
         **Attorneys for Plaintiffs**

By:      */s/ Rachel Eilers*___
         Ethen R. Shapiro (FBN 669881)
         Ethen.Shapiro@hwhlaw.com
         Rachel E. Eilers (FBN 1019587)
         Rachel.Eilers@hwhlaw.com
         Hill Ward Henderson

P.O. Box 2231
Tampa, FL 33601-2231
(813) 221-3900
(813) 221-2900 – facsimile
**Attorneys for Defendant Centurion
of Florida, LLC**

By:     */s/ Peter Bartoszek*
Peter Bartoszek (FBN 1015519)
PBartoszek@wickersmith.com
Wicker Smith O'Hara McCoy & Ford, P.A.
390 N. Orange Ave., Suite 1000
Orlando, FL 32801
Phone: (407) 843-3939
Fax: (407) 649-8118
**Attorneys for Defendant Ader
Benoit**