116104-5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ETHEL ANDERSON, WANDA
MEADOWS, JACQUELINE                    CASE NO. 5:24-CV-00089-WFJ-PRL
LUONGO, JENNIFER JOHNSON
and VIRGINIA CROWLEY,

       Plaintiffs,

vs.

CENTURION OF FLORIDA, LLC
and ADER BENOIT,

       Defendants.
_____/

## DR. ADER BENOIT'S UNOPPOSED MOTION TO SEAL

Defendant, Dr. Ader Benoit ("Dr. Benoit"), by and through undersigned counsel, respectfully moves to file under seal certain exhibits to his Motion for Summary Judgment, as well as an unredacted copy of the motion itself (Doc. 100) and an unredacted copy of his motion to strike errata (Doc. 101), pursuant to the parties' Stipulated Confidentiality Order (Doc. 39).

Dr. Benoit. Dr. Benoit has prepared a Motion for Summary Judgment in which he seeks to file exhibits in support, including: deposition transcript testimony of each of the five Plaintiffs and their expert, an interview by the Office of the Inspector General with a nurse, and the deposition of Dr. Benoit who

- 1 -

discusses certain confidential records extensively in his deposition (Exhibits 1-5, 8-9, 11).

Trial courts have inherent authority and discretion to seal records. *Nixon v. Warner Comm's, Inc.*, 435 U.S. 589, 598 (1978). Decisions on motions to seal must balance the public's common law right of access against the interests favoring confidentiality. *See id*. at 597-99; *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1310-12 (11th Cir. 2001).

By filing this motion, Dr. Benoit does not concede that the entire contents of all of these exhibits are confidential, but the parties entered into a Stipulated Confidentiality Order, which imposes certain obligations upon all parties pertaining to the sealing of documents designated "Confidential". (Doc. 39). Since Plaintiffs and the FDC have designated the aforementioned documents or extensive information therein as "Confidential" according to the Order, Dr. Benoit must move to file them under seal. (Doc. 39). Undersigned counsel has conferred with counsel for Plaintiffs about removing the confidential designation, however they have indicated they wish to maintain it. Accordingly, Dr. Benoit seeks to file the entirety of these exhibits under seal.

Further, as Dr. Benoit utilizes parts of these "Confidential" documents in its Motion for Summary Judgment, he also seeks leave to file an unredacted version

- 2 -

of his Motion for Summary Judgment and Motion to Strike Errata under seal, pursuant to the parties Stipulated Confidentiality Order.

Dr. Benoit requests these documents remain under seal indefinitely in accordance with the Stipulated Confidentiality Order. Dr. Benoit is aware that the Florida Department of Corrections, a non-party, has an interest in establishing or maintaining the seal, as the FDC has marked some of the aforementioned exhibits or those discussed in the exhibits as "Confidential" and the parties entered into a Stipulated Confidentiality Order with the FDC. (Doc. 39).

Pursuant to Local Rule 1.11, Dr. Benoit has attached the exhibits and the unredacted Motion for Final Summary Judgment to the instant Motion.

WHEREFORE, for the reasons stated above, Dr. Benoit respectfully requests this Court enter an Order granting this motion and permitting the filing of the referenced documents under seal, and for such further relief as this Court deems just and proper.

### Local Rule 3.01(g) Certification

Undersigned counsel has conferred with counsel for Plaintiffs who advised they do not oppose the requested relief.

/s/ Peter Bartoszek
Peter Bartoszek
Florida Bar No. 1015519
WICKER SMITH O'HARA MCCOY &
FORD, P.A.
Attorneys for Ader Benoit, M.D.

390 N. Orange Ave., Suite 1000
Orlando, FL 32801
Phone: (407) 843-3939
Fax: (407) 649-8118
ORLcrtpleadings@wickersmith.com