# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

_____

ANDERSON, *et al.*,

      Plaintiffs,

v.                                                    Case No.: 5:24-cv-00089-WFJ-PRL

CENTURION OF FLORIDA, *et al.*,

      Defendants.

_____

## PLAINTIFFS' STATEMENT OF DISPUTED FACTS IN OPPOSITION TO DEFENDANT ADER BENOIT'S MOTION FOR <u>SUMMARY JUDGMENT (Doc. 100)</u>

Plaintiffs respectfully submit the following Statement of Disputed Facts in response to Defendant Ader Benoit's Motion for Summary Judgment. (Doc. 100.)

1.    Plaintiffs dispute Defendant's characterization that ██████████ ████████████████████████████████████████████ ██████████████ (Doc. 100, ¶ 1.) ██████████████████████ ████████████████████████████████████ ████ (Doc. 100-1 (Anderson Dep.), 72:8-9; 91:18-20.) Plaintiffs dispute Defendant's characterization ████████████████████████████████ (Doc. 100, ¶ 1.) ████████████████████████████████ ████ (Doc. 100-1, 64:13-17; 77:22; 78:1-2; & 106:23), ████████████████████

(Doc. 100-1, 63:2-3), ███████████████████████████████████

███████████████████████████ (Doc. 100-1, 66:1-9; 66:14-24.) (Ex. 1

(Anderson Resp. to Benoit's Interrogatories), Nos. 3, 5, 11; *id.* (Anderson Resp. to

Centurion's Interrogatories), Nos. 4, 5.) ████████████████████

██████████████████████████████████████████████

███████████████████████████████████ (Doc. 100-1,

51:23; 57:35-58:1; 70:10; 72:13-73:7.)

2.    Plaintiffs dispute the characterization of this testimony which takes it

out of context and is also incomplete. ██████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████

████████████ (Ex. 1 (Anderson Resp. to Benoit's Interrogatories), Nos. 3, 5, 11;

*id.* (Anderson Resp. to Centurion's Interrogatories), Nos. 4, 5.)

3.    Admitted.

4.    Plaintiffs admit that ████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████

████████████. (Doc. 100, ¶ 4.) (Doc. 115-2) (T. Jackson signed 2019 form);

(Doc. 115-3) (Doc. 115-4) (H. Booe signed 2020 form.) ██████████████

███████████████████████ (Doc. 100, ¶ 4), █████████████████



████████████████████████████████████████████

████████████████████████████████ (Doc. 109-4 (T.

Matamoros Dep.), 61:11-18) ████████████████████

████████████████████████████████████████

██████████████████████████████████

████████████████████████████ Doc. 109-3, Chanel

Hopkins Dep., 82:10-17.) ██████████████████████

██████████████████████████████████████████

████████████ (Doc. 109-5, 16:14-17:8 77:5-78:2.)

    5.      Admitted.

    6.      Plaintiffs dispute the characterization that ██████████████

████████████████████████████████████████████

██████ (Doc. 100, ¶ 6.) ████████████████████████

██████████████████████████████████████

████████████████████████████████ (Doc. 100-2 (Meadows Dep.),

68:4-7.) ██████████████████████████████████████

████████████████████████████████ *See*, *e.g.*, Doc. 100-2, 67:20-25

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████████

71:25-72:10 ███████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████

7.    Plaintiffs admit that ████████████████████████████████

█████████████████████████████████████████████████

██████████████████████ (Doc. 115-12, FDC 11607.) █████████████████████

██████████████████████████ (Doc. 100-2, 43:24-44:14.) ███████████████

███████████████████████████████ (Doc. 100, ¶ 5), ███████████████

██████████████████████████████████████████████

███████████████████████████████████████████████████

(Doc. 109-4 (T. Matamoros Dep.), 61:11-18; Doc. 109-3 (C. Hopkins Dep.),

82:10-17.) ████████████████████████████████████████

████████████████████████████████████████████████ (Doc.

109-5, 16:14-17:8 77:5-78:2.)

8.    Plaintiffs dispute Defendant's characterization that, ██████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

██████ (Doc. 100, ¶ 8.) ████████████████████████████████████████████

████████████████████████████████████████████████ (Doc. 100-2, 70:19-

20.) █████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████ (Doc.

100-2, 70:4-71:18.) ███████████████████████████████

██████ (Doc. 100-2, 67:2-9) ████████████████████████████████

████████████████████████████████████████████████████

███████

9.    Plaintiffs dispute the characterization of this testimony, which takes it

out of context and is also incomplete. ██████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████ (Ex. 2 (Luongo Resp. to Benoit's Interrogatories), Nos. 3, 5,

11; *id.* (Luongo Resp. to Centurion's Interrogatories), Nos. 4, 5.)

10.    Admitted.

11.    Plaintiffs dispute ████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████ (Doc. 115-7, p. 2.) ██████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

(Doc. 115-5, FDC 12810, p. 354.) ████████████████████████

██████████████████████████████████████████████

████████████████████████ (*Id.*) ████████████████████

███████████████████████████████████████

██████████████ (Doc. 100, ¶ 11), ██████████████████████████

████████████████████████████████████████

████████████████████████████████████ (Doc. 109-4, 61:11-18; Doc. 109-3, 82:10-17.) ████████████████████████████████

██████████████████████████████████████████. (Doc. 109-5, 16:14-17:8 77:5-78:2.)

    12.    While Plaintiffs admit that █████████████████████████

█████████████████████████████████████████

███████████████████████████████████████

████████████████████ (Doc. 101-1.)

    13.    Admitted.

    14.    While Plaintiffs admit that ██████████████████████

█████████████████████████████████████████████

███████████████████ (Doc. 100, ¶ 14; Doc. 100-4, 88:19-23), ██████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████ (Doc. 101-1;

Doc. 123, 3-5.)

15.    While Plaintiffs admit █████████████████████████

████████████████████████ (Doc. 100, ¶ 15), ███████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████ (Doc. 100-2, 43:24-44:1); ███████████████

████████████████████ (Doc. 115-11.) (*See also* Ex. 11 (note

records thinned), FDC 6281.)

16.    Admitted.

17.    Disputed; ████████████████████████████████████

████████████████████████ (Ex. 3, FDC 9035.)

18.    Plaintiffs dispute Defendant's characterization that ███████████

████████████████████████ (Doc. 100, ¶ 18.) ██████████████

████████████████████████████████████████████████

████████████████████ (Doc. 100-5, 44:23-25; *id*., 50:14-20; Ex. 4 (Crowley

Resp. to Benoit's Interrogatories), Nos. 3, 5, 11; *id.* (Crowley's Resp. to

Centurion's Interrogatories), Nos. 4, 5.) █████████████████████████

██████████████████████████████████ (Ex. 3, CENT 001275-76

███████████████████████; *id.* (FDC 9035 █████████████████

██████████; *id.*, CENT 001264 █████████████████████; *id.*,

PLS0004029-30 ████████████████████████████

██████████████████████████ Further, while Plaintiffs

admit █████████████████████████████

█████████████████████████████████████

████████ (Doc. 100 ¶ 18.) ███████████████████████

█████████████████████████████████████

██████████████████ (Doc. 109-4, 61:11-18.; Doc. 109-3,

82:10-17.) ████████████████████████████

█████████████████████████████████ (Doc.

109-7, 16:1-22; 77:5-78:2.)

    19.    Disputed; *see* disputed facts in paragraph 18 above.

    20.    Plaintiffs admit that ██████████████████████

█████████████████████████ (Doc. 100, ¶ 20.)

However, ████████████████████████████

██████████████████████████ (Doc. 125-2 (12-13-23

Hopkins, Chanel_Redacted Interview), 0:04:28-0:04:48.) █████████

█████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████ (Doc. 115-5 (OIG PREA Files); Doc. 115-13

(████████████████████).) ███████████████████████████████████████

████████████████████████████████████████████████████████████

(Doc. 100-5 (Crowley Dep.), 74:19-75:11.)

    21.    Plaintiffs admit that ████████████████████████████████████

████████████████████████████████████████████████████

███████████████ (Doc. 100 ¶ 21.) However, ███████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

(Doc. 100-6, 61:25-63:12.) ███████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████ (Doc.

125-2 (12-13-23 Hopkins, Chanel_Redacted Interview), 0:05:28-0:05:50).

    22.    Plaintiffs dispute that ██████████████████████████████████

███████████████████████████ (Doc. 100, ¶ 22.) █████████████████

█████████████████████████████████████ (Doc. 100-5, 74:19-

75:11.)

    23.    Plaintiffs dispute that ████████████████████████████████████

███████████████████████ (Doc. 100, ¶ 23.) ████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████ (Ex. 5 (Witness Interview - CNA Tina Matamoros

(Tuyin)_Redacted), 00:02:50-00:03:30.)

24.    Plaintiffs dispute ███████████████████████████

██████████████████ See disputed facts in paragraph 11 above.

25.    Plaintiffs dispute that █████████████████████

██████████████████ *See* disputed facts in paragraph 23 above.██████

███████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████ (Doc. 100, ¶ 25), ████████████████

█████████████████████████████████████████████

██████████████ (Doc. 100-7, 55:19-57:8.) █████████████████████

██████████████████████████████████████ (Doc. 100-7, 61:11-

18.) ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████ (Doc. 115-5 (OIG PREA Files); Doc. 115-13 (█

████████████████.).

26.    Plaintiffs admit that █████████████████████████████

████████████████████████████████████████████ (Doc. 100, ¶ 26.) Plaintiffs

dispute ███████████████████████████████████████████████████

████████████████████. (*Id.*) ████████████████████████████████████

███████████████████████████████████████████████

████████████████████ (Exs. 1, 2, 4, 6, 9 (Plaintiffs' Resp. to Benoit's

Interrogatories) Nos. 3, 5, 11; *id.* (Plaintiffs' Resp. to Centurion's Interrogatories),

Nos. 4, 5; Doc. 121-1 (Dr. Nattell Expert Report), p. 12) ███████████████████

██████████████████████████████████████████████████

████████████████████████ (Doc. 121-1 (Nattell Expert Report),

pp. 7-12.) █████████████████████████████████████████

████████████████████████████████████████

████████ Doc. 100-1, 81:20-82:8.) ████████████████████████████████

███████████████████████ (Doc. 100-2, 51:9-14.)

27.     Plaintiffs dispute the characterization of this testimony, which takes it

out of context. While Plaintiffs agree ████████████████████████████

████████████████████████████████████████████████

██████████ (Doc. 109-4 (Matamoros Dep.), 61:11-18; Doc. 109-3 (Hopkins Dep.),

82:10-17.)

28.     Disputed to the extent that Dr. Nattell's opinions ████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████ (Doc. 121-1 at p. 6.)

████████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████ (*Id.*)

29.    Admitted.

30.    While Plaintiffs admit that ████████████████████████

█████████████████ (Doc. 100, ¶ 30) ██████████████████████

████████████████████████████████ (Doc. 100-9 (Audio of

OIG Interview of J. Wallace), 62:22-62:24 ███████████████████

████████████████████████████████████████

████████ ); Doc. 100-8, 59:22-23 █████████████████████████

█████████████ ). Plaintiffs' expert, Dr. Nattell, noted ███████████████

████████████████████████████████████

(Doc. 100-8 (audio played during Nattell Dep.), 63:22-24.)

31.    Disputed to the extent that Defendant mischaracterizes ██████

███████████████████████████████████████████ (Doc. 100,

¶ 31.) █████████████████████████████████████████

██████████████████████████ (Doc. 100-2, 76:2-14; 126:20-127:7.)

32.    Plaintiffs dispute Defendant's characterization that ████████████████

██████████████████████████████████████████████████████████████

████████████████ (Doc. 100, ¶ 32; Ex. 1 (Anderson Resp. to Benoit's Interrogatories),

Nos. 3, 5, 11; *id.* (Anderson Resp. to Centurion's Interrogatories), Nos. 4, 5.) ████

████████████████████████████████████████████████████████

████████████████████████████████████ (Doc. 100, ¶ 32.) ████████

██████████████████████████████████████████████████████████████

████████████████████████ (Doc. 100-1, 98:14-15) ████████████

████████████████████████████████████████████████

33.     While Plaintiffs agree that Dr. Benoit has denied the bulk of

Plaintiffs' allegations against him, he admitted at deposition that he stayed in the

room with patients while they were undressing and getting dressed. (Doc. 100-11,

175:19-176:5; 197:20-198:13.)

## **PLAINTIFFS' ADDITIONAL DISPUTED MATERIAL FACTS**

34.     ██████████████████████████████████████████████

██████████████████████████ (Doc. 115-4; Doc. 115-5; Doc. 115-13;

(Ex. 9 (Johnson Resp. to Benoit's Interrogatories), Nos. 3, 5, 11; (Ex. 6 (Meadows

Resp. to Benoit's Interrogatories), Nos. 3, 5, 11.)

35.     ████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████ (Ex. 1 (Anderson Resp. to Benoit's Interrogatories), Nos. 3,

5, 11; *id.* (Anderson Resp. to Centurion's Interrogatories), Nos. 4, 5; Ex. 7 (Anderson OIG recorded interview); Doc. 115-4 (Third Party PREA grievance); Doc. 115-5 (Anderson OIG PREA Records), pp. 34-131); Doc. 121-1 (Nattell Rep.), pp. 7-12); (Doc. 100-1, 54:2-4; 62:23-63:3; 64:13-17; 65:1-5; 66:1-24; 76:3-11; 78:1-2; 106:23.)

36. ████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████ (Ex. 1 (Anderson Resp. to Benoit's Interrogatories), Nos. 3, 5, 11; *id.*

(Anderson Resp. to Centurion's Interrogatories), Nos. 4, 5.)

37. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████ (*Id.*; *see also* Ex. 11 (Anderson refusals), CENT

000827, FDC 6549, CENT 000831, CENT 000833, FDC 6573, FDC 6572, FDC

6567-68, FDC 6570, FDC 6540, FDC 6537, FDC 6536, FDC 6508, CENT

000815-16, FDC 6515-16, CENT 000812, FDC 6637, FDC 6639, PLS000461,

CENT 000801, CENT 000796, FDC 6057, FDC 6048, CENT 000723, FDC 6852,

FDC 6879. FDC 6853); Doc. 100-1, 55:13-56:2.) ████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████. (*Id.*)

38. ████████████████████████████████████████

████████████████████████████████████████████ (Ex.

6 (Meadows Resp. to Benoit's Interrogatories), Nos. 3, 5, 11; *id.* (Meadows Resp.

to Centurion's Interrogatories), Nos. 4, 5; Doc. 100-2, 51:4-5; 51:15-17; 52:1-6;

52:17-20; 52:22-53:7; 67:2-9; 73:6-7; 74:18-21; 76:6-14; 80:5-8; 87:16-24); Doc.

121-1 (Nattell Report) pp. 7-12.)

█████████ (*Id.*) ████████████████████████████████████ (*See id.*; *see also*

Ex. 14 (Meadows refusal).)

39. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████ (Ex. 2 (Luongo Resp. to Benoit's Interrogatories),

Nos. 3, 5, 11; *id.* (Luongo Resp. to Centurion's Interrogatories), Nos. 4, 5); Ex. 8

(Luongo OIG recorded interview); Doc. 115-4 (Third Party PREA grievance);

Doc. 115-5 (Luongo OIG PREA Records), pp. 340-382); Doc. 121-1 (Nattell

Rep.), pp. 7-12); (Doc. 100-3 (Luongo Dep.), 43:12-44:12; 45:12-16, 47:11, 48:21-

23; 49:14-22; 57:4-19.) ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████ (Ex. 2 (Luongo Resp. to Benoit's Interrogatories), Nos. 3, 5, 11; *id.*

(Luongo Resp. to Centurion's Interrogatories), Nos. 4, 5); Ex. 12 (Luongo

refusals), FDC 7521, FDC 7543, FDC 7538, FDC 7523, FDC 7527, FDC 7530.)

██████████████████████████████████████████████ (*Id.*)

    40. ████████████████████████████████████████

███████████████████████████████████████████████

████████████████████ (*Id.*)

    41. ████████████████████████████████████████

█████████████████████████████████████████

████████████ (Ex. 9 (Johnson Resp. to Benoit's Interrogatories), Nos. 3, 5, 11;

(Ex. 6 (Meadows Resp. to Benoit's Interrogatories), Nos. 3, 5, 11;  Doc. 100-4

(Johnson Dep.), 55:3-58:21, 59:21-60:4, 67:23-68:2, 72:13-73:13); Doc. 121-1

(Nattell Rep.), pp. 7-12.) ██████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████



(*See id.*; *see also* Ex. 13 (Johnson refusal).)

42. ████████████████████████████████████

████████████████████████████ (Ex. 4, (Crowley Resp. to Benoit's

Interrogatories), Nos. 3, 5, 11; *id.* (Crowley's Resp. to Centurion's Interrogatories),

Nos. 4, 5); Ex. 10 (Crowley OIG recorded interview); Doc. 115-4 (Third Party

PREA grievance); Ex. 10 (Crowley OIG interview); Doc. 115-5 (Crowley OIG

PREA Records), pp. 164-210); Doc. 100-5, 48:8-49:4, 57:7-15, 84:18-23); Doc.

121-1 (Nattell Rep.), pp. 7-12.)

██████████████████ (Ex. 3 (Crowley refusals), PLS004030, PLS004032, FDC

9513, PLS006404-05, FDC 9404.)

43. ████████████████████████████████████

██████████████████ (Ex. 4 (Crowley Resp. to Benoit's Interrogatories), Nos. 3, 5,

11; *id.* (Crowley's Resp. to Centurion's Interrogatories), Nos. 4, 5.) ████████

████████████████████████ (Doc. 100-5, 30:10-16.)

44. ██████████████████████

████████████████████████████████

████████████████████████████. (Ex. 4

(Crowley Resp. to Benoit's Interrogatories), Nos. 3, 5, 11; *id.* (Crowley's Resp. to

Centurion's Interrogatories), Nos. 4, 5.)

45. ██████████████████████

████████████████████████████████

████████████████████ (Doc. 115-5 (PREA

records), p. 126, FDC 12560; *id.*, p. 180, FDC 12681; *id.*, p. 269, FDC 12483; *id.*,

p. 354, FDC 12810.)

46. ██████████████████████

████████████████████ (Doc. 100-1, 58:17-59:1; Doc. 100-2, 101:24-

102:7; Doc. 100-3, 63:19-64:11; Doc. 100-4 (Johnson Dep.), 50:7-52:1.)

Dated: October 17, 2025                     Respectfully submitted,

                                    By:    /s/ Andrea Costello
                                           Andrea Costello
                                           Fla. Bar No. 0532991
                                           Samantha Shaw
                                           Fla. Bar No. 109768
                                           Florida Legal Services
                                           P.O. Box 533986
                                           Orlando, FL 32853

Telephone: (407) 801-0332 (direct)
Fax: (407) 505-7327
andrea@floridalegal.org
samantha.shaw@floridalegal.org

Dante P. Trevisani
Fla. Bar No. 72912
Erica S. Downs
Florida Bar No. 120581
Florida Justice Institute, Inc.
40 N.W. 3rd Street, Suite 200
Miami, FL 33128
Telephone: (305) 358-2081
dtrevisani@floridajusticeinstitute.org
edowns@fji.law

**Attorneys for Plaintiffs**