# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ETHEL ANDERSON, WANDA
MEADOWS, JACQUELINE
LUONGO, JENNIFER JOHNSON
and VIRGINIA CROWLEY,

     Plaintiffs,

v.

                            **CASE NO.:** 5:24-CV-00089-WFJ-PRL

CENTURION OF FLORIDA, LLC, an
out-of- state corporation registered and
doing business in Florida; and ADER
BENOIT, in his individual capacity,

     Defendants.

_____/

## **DEFENDANT CENTURION OF FLORIDA, LLC'S, OFFER OF JUDGMENT TO PLAINTIFF PURSUANT TO FEDERAL RULE 68**

Defendant Centurion of Florida, LLC ("Centurion"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 68, makes the following offer of judgment to Plaintiffs:

1.     Plaintiffs have filed a 42 U.S.C. § 1983 Eighth Amendment claim for deliberate indifference in this action against Centurion and Dr. Ader Benoit (collectively "Defendants").

2.     Centurion hereby offers to allow judgment to be entered against Defendants in this action in the amount of One Hundred Thousand Dollars ($100,000.00).

3.     Centurion's Offer of Judgment is unconditional and is made to fully and finally resolve all claims asserted against all Defendants in this action (including all claims for costs, interest, and/or attorneys' fees).

4.      Centurion's Offer of Judgment will remain open and irrevocable for fourteen (14) days after service on Plaintiffs.

5.      If Plaintiffs do not accept this Offer of Judgment in writing within fourteen (14) days after service, then Centurion's offer shall be deemed withdrawn in accordance with Federal Rule of Civil Procedure 68.

6.      This Offer of Judgment is made for the purposes specified in Federal Rule 68, and is not to be construed as either an admission that Defendants are liable in this action, or that Plaintiffs have suffered any damage.

7.      This Offer of Judgment is being served upon Plaintiffs, but it shall not be filed with the Court unless it is accepted or unless filing is necessary in a proceeding to determine costs.

8.      Evidence of this Offer of Judgment shall be inadmissible for any purpose other than those purposes specified in Federal Rule of Civil Procedure 68.

Respectfully submitted,

_/s/ Ethen R. Shapiro_
Ethen R. Shapiro (FBN 669881)
Ethen.Shapiro@hwhlaw.com
Rachel E. Eilers (FBN 1019587)
Rachel.Eilers@hwhlaw.com
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 – facsimile
*Attorneys for Defendant Centurion of Florida, LLC.*

22105440v1                                    -2-