**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ETHEL ANDERSON, WANDA
MEADOWS and JACQUELINE
LUONGO, JENNIFER JOHNSON, and
VIRGINIA CROWLEY,

     Plaintiffs,

v.                                     Case No: 5:24-cv-89-WFJ-PRL

CENTURION OF FLORIDA LLC and
ADER BENOIT,

     Defendants.

_____/

## O R D E R

The Court has been advised by **Acceptance of Offer of Judgment and Offer or Judgment (Dkt. 174)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on February 24, 2026.

                             s/*William F. Jung*
                             **WILLIAM F. JUNG**
                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:  Counsel of Record