# ATTACHMENT 1

(Proposed Order for Final Judgment)

_____

ANDERSON, *et al.*,

        Plaintiffs,

                                       Case No.: 5:24-cv-00089-WFJ-PRL

v.

CENTURION OF FLORIDA, *et al.*,

        Defendants.

_____

## [PROPOSED] ORDER

The parties submit a Stipulated Form of Final Judgment (Doc. ___) in which they move for entry of final judgment. A stipulated judgment warrants judicial approval if the agreement is constitutional, lawful, reasonable, and consistent with public policy. *Stovall v. City of Cocoa, Fla.*, 117 F.3d 1238, 1240 (11th Cir. 1997).

The motion (Doc. ____) is **GRANTED**. The Clerk of Court must enter a **FINAL JUDGMENT** for all Plaintiffs and against Defendants Centurion of Florida, LLC, and Ader Benoit in the amount of One Hundred Thousand Dollars ($100,000.00).

Each party shall bear their respective fees and costs.

ORDERED in Tampa, Florida, on _____, 2026.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT**
**JUDGE**

**COPIES FURNISHED TO**: Counsel of Record